UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF SOUTHERN ) | |
| TOWING COMPANY LLC, IN A CAUSE ) | Case No. 4:21-CV-01369-JAR |
| OF EXONERATION FROM ) | RULE 9(h) ADMIRALTY |
| OR LIMITATION OF LIABILITY ) | |

**MEMORANDUM AND ORDER**

This matter if before the Court on BNSF Railway Company's Motion To Consider the Depositions of Expert Witnesses as Outside the Ten-Deposition Limit of Federal Rule of Civil Procedure 30(a)(2)(A)(i) or For Clarification of the Court's Case Management Order.  ECF No. 64.  BNSF explains that it has deposed eight fact witnesses, and, because the Case Management Order imposes the presumptive limit of ten depositions per party, STC has refused to produce more than two of its eight designated expert witnesses to be deposed.  *See* ECF No. 22.  BNSF accordingly seeks an order holding that expert depositions are excluded from the ten-deposition limit or granting BNSF leave of court to take depositions beyond the ten-deposition limit.  For good cause shown,

**IT IS HEREBY ORDERED** that BNSF's motion [ECF No. 64] is **GRANTED**. Depositions of disclosed expert witnesses shall not count towards the ten-deposition limit.

Dated this 14th day of March 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE